SARAH HARRIS, CLAIMANT-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY AND PICATINNY ARSENAL, RESPONDENT.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. Edward A. Kaplan* for the respondent.

May 13, 1963.   Denied.

CHARLES KULAS *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PUBLIC SERVICE ELECTRIC AND GAS CO., DEFENDANT-PETITIONER AND JACOB JACOBS *ET AL.*, DEFENDANT AND THIRD-PARTY PLAINTIFF AND VINCENT WHITE, THIRD-PARTY DEFENDANT.

*Mr. Luke A. Kiernan, Jr.* and *Mr. Herman H. Wille, Jr.* for the petitioner.

*Mr. Benedict E. Lucchi* and *Mr. Donald R. Conway* for the respondents.

May 13, 1963.   Granted.